No. 80–6413. MILLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6424. HUBBARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6428. HEIMERLE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.